# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of TEXAS

Case Number: B-03-227

Plaintiff:
**MARIA C. TAPIA, d/b/a GRUPO HONDURAS**

vs.

Defendant:
**WING BRIDGE SHIPPING CO., INC., in personam, the M/V BEACON STRAIT, her engines, equipment, tackle, cargo, apparel, etc., in rem**

For:
SANCHEZ, WHITTINGTON, JANIS & ZABARTE, L
100 North Expressway 83
Brownsville, TX  78521-2284

Received by JOSEPH RICH C.P.S. on the 18th day of December, 2003 at 11:42 am to be served on **WING BRIDGE SHIPPING CO. INC., BY SERVING ITS REGISTERED AGENT, CRAIG FIRING, 1016 CLEMONS ST., SUITE 403, JUPITER, FLORIDA 33477.**

I, Joseph Leonardi, being duly sworn, depose and say that on the **6th day of January, 2004** at **11:40 am, I:**

Served the within named **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL CASE, ORDER SETTING CONFERENCE, COMPLAINT, and EXHIBITS** with the date and hour of service endorsed thereon by me to CRAIG FIRING as **Registered Agent** of the within named corporation, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 9th day of January, 2004 by the affiant who is personally known to me.

NOTARY PUBLIC

Joseph Leonardi
C.P.S. #364

JOSEPH RICH C.P.S.
129 N.E. Prima Vista Boulevard
Port St. Lucie, FL  34983
(772) 340-0011

Our Job Serial Number: 2003008733


CAROL A. LOGRASSO
MY COMMISSION # DD 136122
EXPIRES: July 30, 2006
Bonded Thru Notary Public Underwriters

Copyright © 1992-2001 Database Services, Inc - Process Server's Toolbox V5 5f

AO 440 (Rev 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN    District of    TEXAS

MARIA C. TAPIA, d/b/a GRUPO HONDURAS

V.

WING BRIDGE SHIPPING CO., INC.
*in personam*, the M/V BEACON STRAIT, her engines, equipment, tackle, cargo, apparel, etc., *in rem*

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   B-03-227.

TO: (Name and address of Defendant)

WING BRIDGE SHIPPING CO., INC.
By Serving Its Registered Agent, Craig Firing
1016 CLEMONS ST., SUITE 403
JUPITER, FLORIDA 33477

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Dennis Sanchez
100 North Expressway 83
Brownsville, Texas 78521-2257

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk

CLERK

12-16-03

DATE

*m Rivee*
(By) DEPUTY CLERK