IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 0 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MARIA C. TAPIA d/b/a § | |
| GRUPO HONDURAS § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. B-03-227 |
| § | |
| WING BRIDGE SHIPPING CO., INC. § | |
| *in personam*, the M/V BEACON STRAIT, § | |
| her engines, equipment, tackle, cargo, § | |
| apparel, etc., *in rem*, § | |
| Defendants. § | |

**WING BRIDGE SHIPPING CO., INC.**
**CERTIFICATE OF INTERESTED PARTIES**

Defendant, Wing Bridge Shipping Co., Inc., identifies the following parties that may have a financial interest in the outcome of the above-referenced litigation:

1.  Defendant Wing Bridge Shipping Co., Inc., represented by counsel as indicated:

    Robert J. Ryniker
    BELL, RYNIKER, LETOURNEAU & NORK
    5847 San Felipe, Suite 4600
    Houston, TX 77057
    713-871-8822
    FAX: 713-871-8844

2.  Plaintiff Maria C. Tapia d/b/a Grupo Honduras, represented by counsel as indicated:

    Dennis Sanchez
    SANCHEZ, WHITTINGTON, JANIS & ZABARTE, L.L.P.
    100 North Expressway 83
    Brownsville, Texas 78521-2284

Respectfully submitted,

/s/ Robert J. Ryniker
Robert J. Ryniker
(TBA No. 17498200; Fed. I.D. 3225)
5847 San Felipe, Ste 4600
Houston, TX 77057
Telephone: 713-871-8822
Facsimile: 713-871-8844
**ATTORNEY-IN-CHARGE FOR DEFENDANT**
**WING BRIDGE SHIPPING CO., INC.**

**Of Counsel:**
**BELL, RYNIKER, LETOURNEAU & NORK, P.C.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy fo the foregoing **Certificate of Interested Parties** was served via certified mail, return receipt requested, upon the following counsel of record on this 19th day of February, 2004:

Dennis Sanchez
Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284

**Attorneys for Plaintiff**

Robert J. Ryniker