IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 3 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MARIA C. TAPIA, d/b/a § <br> GRUPO HONDURAS § <br> Plaintiff, § <br> § <br> VS. § <br> § <br> WING BRIDGE SHIPPING CO., INC. § <br> *in personam*, the M/V BEACON STRAIT, § <br> her engines, equipment, tackle, cargo, § <br> apparel, etc., *in rem*, § <br> Defendants. § | CIVIL ACTION NO. B-03-227 <br><br> IN ADMIRALTY |

## PLAINTIFF'S LIST OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, MARIA C. TAPIA, Plaintiff in the above-entitled and numbered cause, and respectfully submits the following list of individuals or entities having a financial interest in this action:

1. Maria C. Tapia, d/b/a Grupo Honduras, Plaintiff, represented by counsel:

   Dennis Sanchez
   Sanchez, Whittington, Janis & Zabarte, LLP
   100 North Expressway 83
   Brownsville, TX 78521-2257
   (956) 546-3731; (956) 546-3765 Fax

2. Wing Bridge Shipping co., Inc., Defendant, represented by counsel:

   Robert J. Ryniker
   Bell, Ryniker, LeTourneau & Nork
   5847 San Felipe, Suite 4600
   Houston, TX 77057
   (713) 871-8822; (713) 871-8844 Fax

Respectfully submitted,

SANCHEZ, WHITTINGTON, JANIS
&amp; ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284
(956) 546-3731 - Telephone
(956) 546-3765 or 3766 - Fax

By: _____
Dennis Sanchez
State Bar No. 17569600
Federal Admission No. 1594
ATTORNEYS FOR PLAINTIFF
MARIA C. TAPIA

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to the parties listed below via certified mail, return receipt requested, on this 3rd day of March, 2004.

Robert J. Ryniker
Bell, Ryniker, LeTourneau &amp; Nork
5847 San Felipe, Suite 4600
Houston, TX 77057

_____
Dennis Sanchez