IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 2 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MARIA C. TAPIA d/b/a GRUPO HONDURAS<br>Plaintiff, | § § § § § | |
| VS. | § | CIVIL ACTION NO. B-03-227 |
| WING BRIDGE SHIPPING CO., INC. *in personam,* the M/V BEACON STRAIT, her engines, equipment, tackle, cargo, apparel, etc., *in rem,*<br>Defendants. | § § § § § § | |

## UNOPPOSED MOTION TO APPEAR

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Wing Bridge Shipping Co., Inc. files this motion to permit Douglas J. Shoemaker to appear before the Court on its behalf in lieu of Robert J. Ryniker, attorney-in-charge, and would respectfully show unto this Honorable Court as follows:

1.   Due to a scheduling conflict, Mr. Ryniker is unable to attend the scheduling conference on Monday, April 26, 2004.

2.   Defendant requests the Court's permission for Douglas Shoemaker to attend the conference on its behalf.

3.   Mr. Shoemaker is a partner with the firm Bell, Ryniker, Letourneau & Nork, he is familiar with the case, and he has authority to bind the client.

4.   This Motion is not meant to challenge this Court's discretion to require attendance by the attorney in charge. Plaintiff is unopposed to the Motion, and, if the Court so requires, Defendant will seek to substitute Mr. Shoemaker as attorney in charge for this matter.

WHEREFORE, Defendant Wing Bridge Shipping Co., Inc., respectfully requests that the Court permit Douglas Shoemaker to attend the initial pre-trial conference in lieu of Robert Ryniker.

Respectfully submitted,

*Robert Ryniker by permission*
Robert J. Ryniker
(TBA No. 17498200; Fed. I.D. 3225)
5847 San Felipe, Ste 4600
Houston, TX 77057
Telephone: 713-871-8822
Facsimile: 713-871-8844

**ATTORNEY-IN-CHARGE FOR DEFENDANT WING BRIDGE SHIPPING CO., INC.**

**Of Counsel:**
BELL, RYNIKER, LETOURNEAU & NORK, P.C.
Douglas J. Shoemaker
(TBA No. 00788406; Fed I.D. 16854)

## CERTIFICATE OF CONFERENCE

I hereby certify that I contacted Plaintiff's counsel regarding the foregoing motion, and he is unopposed to same.

*Douglas Shoemaker*
Douglas J. Shoemaker

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion was served via certified mail, return receipt requested, upon the following counsel of record on this 22nd day of April, 2004:

Dennis Sanchez
Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284

*Attorneys for Plaintiff*

*Robert Ryniker by permission*
Robert J. Ryniker

2