IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 2 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| MARIA C. TAPIA d/b/a GRUPO HONDURAS             Plaintiff, | § § § § | |
| VS. | § § | CIVIL ACTION NO. B-03-227 |
| WING BRIDGE SHIPPING CO., INC. *in personam*, the M/V BEACON STRAIT, her engines, equipment, tackle, cargo, apparel, etc., *in rem*,            Defendants. | § § § § § | |

## ORDER

CAME ON, to be heard this 23rd day of April, 2004, Defendant Wing Bridge Shipping Co., Inc.'s Motion to permit Douglas Shoemaker to appear before the Court in lieu of Robert Ryniker, and the Court, having considered the arguments of counsel and noting that the motion is unopposed, **GRANTS** the Motion.

**NOW THEREFORE IT IS ORDERED** that Douglas Shoemaker is permitted to appear in the captioned matter on behalf of Wing Bridge Shipping Co., Inc. in lieu of Robert Ryniker, attorney in charge.

DONE at Brownsville, Texas, this 23rd day of April, 2004.

_____
United States District Court Judge