United States District Court
Southern District of Texas
FILED

APR 2 3 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA C. TAPIA, d/b/a GRUPO HONDURAS<br>  Plaintiff, | § § § § | |
| VS. | § § | CIVIL ACTION NO. B-03-227 |
| WING BRIDGE SHIPPING CO., INC. *in personam*, the M/V BEACON STRAIT, her engines, equipment, tackle, cargo, apparel, etc., *in rem*,<br>  Defendants. | § § § § § § | IN ADMIRALTY |

## PLAINTIFF'S ORIGINAL ANSWER TO COUNTERCLAIM

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, MARIA C. TAPIA, d/b/a GRUPO HONDURAS, as Counter Defendant, and by way of answer to the Counterclaim filed by WING BRIDGE SHIPPING CO., INC. would respectfully answer as follows:

1. Counter Defendant admits the jurisdictional allegations contained in Paragraph 1 of the Counterclaim.

2. Counter Defendant admits the allegations contained in Paragraphs 2 and 3 of the Counterclaim.

3. Counter Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 4.

4. Counter Defendant denies the allegations contained in Paragraphs 5 and 6 of the Counterclaim.

5.  Counter Defendant denies the allegations contained in Paragraph 7 of the Counterclaim.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Counter Defendant respectfully requests this Court to dismiss Defendant's Counterclaim in its entirety, and that Counter Defendant be awarded her costs of courts, and for such other and further relief, at law or in equity, to which she may be justly entitled.

Respectfully submitted,

SANCHEZ, WHITTINGTON, JANIS
    & ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284
(956) 546-3731 - Telephone
(956) 546-3765 or 3766 - Fax

By: _____
Dennis Sanchez
State Bar No. 17569600
Federal Bar No. 1594

ATTORNEYS FOR PLAINTIFF
MARIA C. TAPIA,
d/b/a GRUPO HONDURAS

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing Original Answer to Counterclaim has been served on counsel of record, via certified mail, return receipt requested, on this 23rd day of April, 2004, as follows: Robert J. Ryniker, Bell, Ryniker, LeTourneau & Nork, 5847 San Felipe, Suite 4600, Houston, TX 77057.

                                                                  Dennis Sanchez