# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Nicolas ☐ Levesque |
| DATE | 4 — 26 — 04 |
| TIME | ___ a.m.  2:49 p.m.  —  ___ a.m.  2:58 p.m. |
| CIVIL ACTION | B — 03 — 227 |
| STYLE | MARIA TAPIA, et al. *versus* WING BRIDGE SHIPPING CO., INC., et al. |

United States District Court
Southern District of Texas
FILED

APR 26 2004

Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT)   ■ Initial Pretrial Conference;   (Rptr.  Heather Hall )

Dennis Sanchez           for   ■ Ptf. # _____   ☐ Deft. # _____

Douglas Shoemaker   for   ☐ Ptf. # _____   ■ Deft. # _____

Comments:

1. Plaintiff agrees that the motion to transfer has merit; however, if the ship is seized and the in rem case proceeds, then the jurisdictional clause will not be enforceable.
2. Defendant suggested severing the in personam and the in rem cases and transferring the in personam portion to S.D. Florida.
3. Plaintiff believes the vessel is operating out of Houston and can be seized within 60 days.
4. The Court continues the initial pretrial conference 60 days. Plaintiff will file status report by June 10th on his success seizing the vessel.
5. A scheduling order will be entered with the proposed deadlines. If the parties need more time, they may file a motion to extend deadlines.