| UNITED STATES DISTRICT COURT | ☆ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

MARIA C. TAPIA, d/b/a §
GRUPO HONDURAS

vs. § Civil Action No. B- 03-227

WING BRIDGE SHIPPING CO., INC. §
*in personam*, the M/V BEACON STRAIT,
her engines, equipment, tackle, cargo,
apparel, etc., *in rem*

United States District Court
Southern District of Texas
ENTERED

MAY 1 9 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

## SCHEDULING ORDER

1. Trial: Estimated time to try: __1 - 2__ days.     ■Bench   ☐ Jury

2. New parties must be joined by:                                       __5/28/2004__
    *Furnish a copy of this scheduling order to new parties.*

3. Plaintiff to file Status Report (on his success seizing vessel) by:   __6/10/2004__

4. **An initial pretrial conference is set for 2:00 p.m. on:**           __6/29/2004__

5. The plaintiff's experts will be named with a report furnished by:     __1/14/2005__

6. The defendant's experts must be named with a report furnished
    within 30 days of the deposition of the plaintiff's expert.

7. Discovery must be completed by:                                       __3/31/2005__
    *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention
    by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

****************************The Court will provide these dates**************************

8. Dispositive Motions will be filed by:                                 __4/29/2005__

9. Joint pretrial order is due:                                          __7/20/2005__

10. Docket Call and final pretrial conference is set for 1:30 p.m. on:   __8/4/2005__

11. Jury Selection is set for 9:00 a.m. on:                              __N/A__
    (The case will remain on standby until tried)

    Signed __May 18__, 2004, at Brownsville, Texas.

                                                   Hilda G. Tagle
                                                   United States District Judge