## SANCHEZ, WHITTINGTON, JANIS & ZABARTE, L.L.P.
### ATTORNEYS AT LAW
100 NORTH EXPRESSWAY 83
BROWNSVILLE, TEXAS 78521-2284

JACK D. SANCHEZ (1945-1987)

DENNIS M. SANCHEZ, P.C.
ROBERT A. WHITTINGTON, P.C.
BRIAN G. JANIS, P.C.
FRANCISCO J. ZABARTE, P.C.
C. FRANK WOOD, P.C.

TEL. (956) 546-3731
(956) 546-3765

June 10, 2004

United States District Court
Southern District of Texas
FILED

JUN 15 2004

Michael N. Milby
Clerk of Court

Hon. Hilda G. Tagle,
U.S. District Judge
United States Courthouse
600 E. Harrison St.
Brownsville, TX 78520

VIA FAX: 956 548-2598
ORIGINAL BY REGULAR U.S. MAIL

### STATUS REPORT

Re:   Civil Action No. B-03-227
      Maria Tapia vs. Wing Bridge Shipping Co., Inc.

Dear Judge Tagle:

At this Court's request, I am hereby submitting a status report as to the seizure of the M/V BEACON STRAIT. Although there was a document which reflected that the M/V BEACON STRAIT was conducting departures from Houston, Texas, it appears that the document was incorrect, and that the vessel M/V BEACON STRAIT is no longer operating in the United States. Unless and until the vessel begins to make visits to the United States, it would appear that in rem jurisdiction cannot be exercised over the vessel.

Sincerely,

Dennis Sanchez

DMS:pn
cc:   Robert J. Ryniker   Fax:   713-871-8844
      BELL, RYNIKER, LETOURNEAU & NORK, P.C.