# Civil Courtroom Minutes

| | |
|---|---|
| **JUDGE** | Hilda G. Tagle |
| **CASE MANAGER** | Stella Cavazos |
| **LAW CLERK** | ■ Levesque |
| **DATE** | 6 / 29 / 04 |
| **TIME** | 2:00 p.m. — 2:10 p.m. |
| **CIVIL ACTION** | B - 03 - 227 |
| **STYLE** | MARIA TAPIA, et al. *versus* WING BRIDGE SHIPPING CO., INC., et al. |

United States District Court
Southern District of Texas
FILED
JUN 29 2004
Michael N. Milby, Clerk of Court

**DOCKET ENTRY**

(HGT) ■ Initial Pretrial Conference;   (Rptr. Heather Hall)

Dennis Sanchez           for    ■ Ptf. #_____   ☐ Deft. #_____
Douglas Shoemaker    for    ☐ Ptf. #_____   ■ Deft. #_____

Comments:

1. Sanchez said the forum selection clause is what it says. Other than his client's "poverty," Pl had no other arguments against transferring this case.

2. The parties asked the Court to dismiss the case w/o prejudice instead of transferring b/c it was uncertain whether Pl would actually re-file.

3. **Court orally dismissed w/o prejudice.**